AO 450 (GAS Rev 09/20) Judgment in a Civil Case

# United States District Court
## Southern District of Georgia

REINA RODRIGUEZ and ALEXIS PARET,

Plaintiffs,

JUDGMENT IN A CIVIL CASE

v.

CASE NUMBER: 2:22-cv-018

NARMADA ASSOCIATES, INC., d/b/a OCTANE OF DARIEN,

Defendant.

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that, pursuant to the Order dated February 27, 2023, Plaintiffs' motion for entry of default judgment against Defendant Narmada Associates, Inc., d/b/a Octane of Darien, is granted. Therefore, judgment is hereby entered in favor of Plaintiff Reina Rodriguez in the amount of $1,416,666.61 and Plaintiff Alexis Paret in the amount of $253,606.61. This case stands closed.

Approved by: _____
HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

February 27, 2023
Date

John E. Triplett, Clerk of Court
Clerk

_____
(By) Deputy Clerk

GAS Rev 10/2020